UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE THE APPLICATION OF GUILANDE CHARLES,<br><br>      Petitioner,<br><br>vs.<br><br>EVENS DRY,<br><br>      Respondent. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-02418-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria Marie Calvert, United States District Judge, for consideration of Petitioner's Verified Petition for Return of a Child, it is

**Ordered and Adjudged** that the petition be **DENIED** and the custody rights of A.Y.A.D. shall be decided under the laws of the United States.

Dated at Atlanta, Georgia, this 22nd day of September, 2023.

                KEVIN P. WEIMER
                CLERK OF COURT


             By:   s/ D. Brye
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 22, 2023
Kevin P. Weimer
Clerk of Court

By:    s/ D.Brye
    Deputy Clerk